IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# AMENDED INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

BEFORE: DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Kyle Wagner,

    Defendant.

| | |
|---|---|
| Case No: | 26-mj-141 DTS |
| Date: | February 5, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:19 p.m. |
| Time Concluded: | 2:32 p.m. |
| Time in Court: | 13 minutes |

APPEARANCES:

  Plaintiff: Eaton Brown, Assistant U.S. Attorney
  Defendant: Lisa Lopez, Assistant Federal Defender
      X FPD     X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 2/3/2026
X Current Offense: cyberstalking; interstate communications
X **Charges from other District:** Eastern District of Michigan
X Title and Code of underlying offense from other District: 18:2261A(2)
X Case no: 26-30053

X Government moves for a detention hearing.    X Granted.

Detention and preliminary hearing immediately to follow this hearing, see separate minutes.

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                              s/ jam
                                               Signature of Courtroom Deputy