CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: 0:26−mj−00141−DTS All Defendants
*Internal Use Only*

Case title: USA v. Wagner   Date Filed: 02/05/2026

Date Terminated: 02/06/2026

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2026 | | Arrest (Rule 5) of Kyle Wagner. (LEG) (Entered: 02/05/2026) |
| 02/05/2026 | | (Court only) ***Set RULE5 flag as to Kyle Wagner. (LEG) (Entered: 02/05/2026) |
| 02/05/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Initial Appearance in Rule 5(c) (3) Proceedings as to Kyle Wagner held on 2/5/2026 on charges from the Eastern District of Michigan. Counsel to be appointed. Government moves for a detention hearing. Granted.Detention and preliminary hearing immediately to follow this hearing, see separate minutes. Removal hearing waived. Removal Order to be issued. Oral Rule5(f) Brady notice read on the record. (Digital Recording) (LEG) (Entered: 02/05/2026) |
| 02/05/2026 | 2 | Brady Obligation Order as to Kyle Wagner. Signed by Magistrate Judge David T. Schultz on 2/5/2026.(LEG) (Entered: 02/05/2026) |
| 02/05/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Preliminary Examination and Detention Hearing as to Kyle Wagner held on 2/5/2026. Defendant ordered detained − Government to submit proposed order. Commitment to Another District to be issued. (Digital Recording) (MME) (Entered: 02/05/2026) |
| 02/05/2026 | 4 | AMENDED Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Initial Appearance in Rule 5(c) (3) Proceedings as to Kyle Wagner held on 2/5/2026 on charges from the Eastern District of Michigan. Counsel to be appointed. Government moves for a detention hearing. Granted. Detention and preliminary hearing immediately to follow this hearing, see separate minutes. Removal hearing waived. Removal Order to be issued. Oral Rule5(f) Brady notice read on the record. (Digital Recording) (JAM) Modified text on 2/6/2026 (JAM). (Entered: 02/06/2026) |
| 02/06/2026 | 5 | DOCUMENT FILED IN ERROR − DUPLICATE ENTRY Amended Minute Entry Minute Entry for proceedings held before Magistrate Judge David T. Schultz: Initial Appearance in Rule 5(c) (3) Proceedings as to Kyle Wagner held on 2/5/2026 on charges from the Eastern District of Michigan. Counsel to be appointed. Government moves for a detention hearing. Granted. Detention and preliminary hearing immediately to follow this hearing, see separate minutes. Removal hearing waived. Removal Order to be issued. Oral Rule5(f) Brady notice read on the record. (Digital Recording) (LEG) Modified text on 2/6/2026 (JAM). (Entered: 02/06/2026) |
| 02/06/2026 | 6 | |

|  |  | NOTICE OF ATTORNEY APPEARANCE for Kyle Wagner. (Lopez, Lisa) (Entered: 02/06/2026) |
| --- | --- | --- |
| 02/06/2026 | 7 | BAIL REPORT as to Kyle Wagner. (ERH) (Entered: 02/06/2026) |
| 02/06/2026 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Kyle Wagner. Defendant committed to District of Eastern District of Michigan. Signed by Magistrate Judge David T. Schultz on 2/6/2026. (JAM) (Entered: 02/06/2026) |
| 02/06/2026 | 9 | ORDER OF REMOVAL to District of Eastern District of Michigan as to Kyle Wagner. Signed by Magistrate Judge David T. Schultz on 2/6/2026. (JAM) (Entered: 02/06/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 26-mj-141 DTS |
|  | Date: February 5, 2026 |
| Kyle Wagner, | Courthouse: Minneapolis |
|  | Courtroom: 9W |
| Defendant. | Time Commenced: 2:19 p.m. |
|  | Time Concluded: 2:32 p.m. |
|  | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
     X FPD    X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 2/3/2026
X Current Offense: cyberstalking; interstate communications
X **Charges from other District:** Eastern District of Michigan
X Title and Code of underlying offense from other District: 18:2261A(2)
X Case no:

X Government moves for a detention hearing.    X Granted.

Detention and preliminary hearing immediately to follow this hearing, see separate minutes.


X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                            s/ jam
                                                            Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Case No: 26-mj-141 DTS

    Plaintiff,

v.

**Brady Obligation Order**

Kyle Wagner,

    Defendant.

---

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: February 5, 2026             *s/David T. Schultz*
                                                     David T. Schultz
                                                     U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Kyle Wagner,<br><br>              Defendant, | **COURT MINUTES - CRIMINAL**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No: 26-mj-141 DTS<br>Date: February 5, 2026<br>Courthouse: Minneapolis<br>Courtroom: 9W<br>Time Commenced: 2:32 p.m.  3:40 p.m.<br>Time Concluded: 3:30 p.m.  3:50 p.m.<br>Time in Court: 1 hour 12 minutes |

X **PRELIMINARY HEARING**
X **DETENTION HEARING**
       Time in Court Preliminary/Detention: 1 hour/12 minutes

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez
           X FPD

On   X Complaint

X **Charges from Eastern District of Michigan**

X Defendant Ordered Detained.  Government to submit proposed order.

X Commitment to Another District to be Issued.

Additional Information:

                                     s/ jam
                                  Signature of Courtroom Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# AMENDED INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | |
| | Case No: 26-mj-141 DTS |
| Kyle Wagner, | Date: February 5, 2026 |
| | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant. | Time Commenced: 2:19 p.m. |
| | Time Concluded: 2:32 p.m. |
| | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
     X FPD    X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 2/3/2026
X Current Offense: cyberstalking; interstate communications
X **Charges from other District:** Eastern District of Michigan
X Title and Code of underlying offense from other District: 18:2261A(2)
X Case no: 26-30053

X Government moves for a detention hearing.    X Granted.

Detention and preliminary hearing immediately to follow this hearing, see separate minutes.

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                   s/ jam
                                                          Signature of Courtroom Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# AMENDED INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | |
| Kyle Wagner, | Case No: 26-mj-141 DTS |
| | Date: February 5, 2026 |
| | Courthouse: Minneapolis |
| | Courtroom: 9W |
| Defendant. | Time Commenced: 2:19 p.m. |
| | Time Concluded: 2:32 p.m. |
| | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Eaton Brown, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
    X FPD    X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 2/3/2026
X Current Offense: cyberstalking; interstate communications
X **Charges from other District:** Eastern District of Michigan
X Title and Code of underlying offense from other District: 18:2261A(2)
X Case no: 26-30053

X Government moves for a detention hearing.    X Granted.

Detention and preliminary hearing immediately to follow this hearing, see separate minutes.

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                                  s/ jam
                                                                Signature of Courtroom Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26mj141(1) (DTS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| KYLE WAGNER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Lisa Lopez shall appear as appointed counsel of record for the above named defendant in this case.

Dated: February 06, 2026

*s/Lisa Lopez*
LISA LOPEZ
Attorney ID No. 395791
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff,* | ) | Case No. 26-mj-141 DTS |
| | ) | |
| v. | ) | Charging District's Case No. 26-30053 |
| | ) | |
| Kyle Wagner, | ) | |
| *Defendant,* | | |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Michigan.

The defendant:  \_ will retain an attorney.

X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:   February 6, 2026                                                    *s/David T. Schultz*
                                                                                              *Judge's signature*


                                                                  DAVID T. SCHULTZ, United States Magistrate Judge
                                                                                              *Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 26-mj-141 DTS |
| v. | |
| Kyle Wagner, | **ORDER OF REMOVAL** |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge on February 5, 2026. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Eastern District of Michigan, and he is ordered removed to that district for further proceedings.

Dated: February 6, 2026	*s/David T. Schultz*
	David T. Schultz
	United States Magistrate Judge